AO 440 (Delaware Rev. 7/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Delaware



**SUMMONS IN A CIVIL CASE**

SYED IQBAL RAZA, M.D.

    Plaintiff,      CASE NUMBER:  06 - 132

 v.

SIEMENS MEDICAL SOLUTIONS USA,
INC., SIEMENS CORPORATION,
and SIEMENS AG,

    Defendant.

TO: (Name and address of defendant)

  SIEMENS AG,
  c/o Delaware Secretary of State
  Division of Corporations
  John G. Townsend Bldg.
  401 Federal Street – Suite 4
  Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

  Martin S. Lessner, Esquire
  Adam W. Poff, Esquire
  Young Conaway Stargatt & Taylor, LLP
  The Brandywine Building
  1000 West Street, 17th Floor
  P. O. Box 391
  Wilmington, DE 19899-0391

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO        FEB 2 8 2006
_____  _____
CLERK            DATE

_Evette Walters_
_____
(By) DEPUTY CLERK

DB02:5188886.1                        064935.1001

AO 440 (Delaware Rev. 7/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE March 1, 2006 |
|---|---|
| NAME OF SERVER (PRINT) Edward Jones | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: Secretary of State of Delaware 401 Federal Street Dover DE 19901. Service Accepted by Nancy Coc at 12:15 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/1/06
Date

Signature of Server

32 Wockerman [Street], Sr 109 Dover DE 19904
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.