IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYED IQBAL RAZA, M.D., : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | NO. 06-132 (JJF) |
| : | |
| SIEMENS MEDICAL SOLUTIONS USA, INC. , : | |
| SIEMENS CORPORATION and SIEMENS AG, : | |
| : | |
| Defendants. : | |
| : | |

**STIPULATION TO EXTEND TIME TO ANSWER,
RESPOND OR MOVE AND [PROPOSED] ORDER**

Plaintiff, Syed Iqbal Raza, M.D. and Defendants, Siemens Medical Solutions USA, Inc. and Siemens Corporation, by and through their respective counsel, hereby stipulate and agree, subject to the approval of the Court, that the deadline for these Defendants to answer, respond or otherwise move in response to the complaint is hereby extended through and

including April 14, 2006.

| | |
|---|---|
| PEPPER HAMILTON LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| By: /s/ M. Duncan Grant<br>M. Duncan Grant (No. 2994)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 656-2500 (Telephone)<br>(302) 656-9053 (Fax) | By: /s/ Martin S. Lessner<br>Martin S. Lessner (No. 3109)<br>Adam W. Poff (No. 3990)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899<br>(302) 571-6600 |

Attorneys for Plaintiff
Syed Iqbal Raza, M.D.

PEPPER HAMILTON LLP
    Larry R. Wood, Jr. (No. 3262)
    Kathleen A. Mullen
    3000 Two Logan Square
    Eighteenth & Arch Streets
    Philadelphia, PA 19103-2799
    (215) 981-4000 (Telephone)
    (215) 981-4750 (Fax)

Attorneys for Defendants
Siemens Medical Solutions USA, Inc. and
Siemens Corporation

Dated: March 20, 2006

### [PROPOSED] ORDER

Approved and so Ordered this _____ day of _____, 2006.

BY THE COURT:

_____
Joseph J. Farnan, Jr.
U.S. District Judge