AO 440 (Delaware Rev. 7/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Delaware

SYED IQBAL RAZA, M.D.

**SUMMONS IN A CIVIL CASE**

  Plaintiff,

CASE NUMBER: 06-132 (JJF)

  v.

SIEMENS MEDICAL SOLUTIONS USA,
SIEMENS MEDICAL SOLUTIONS
HEALTH SERVICES CORP.,INC., SIEMENS
CORPORATION, and SIEMENS AG,

  Defendant.

TO: (Name and address of defendant)

  SIEMENS MEDICAL SOLUTIONS HEALTH SERVICES CORPORATION
  c/o The Corporation Trust Company
  Corporation Trust Center
  1209 Orange Street
  Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

  Martin S. Lessner, Esquire
  Adam W. Poff, Esquire
  Young Conaway Stargatt & Taylor, LLP
  The Brandywine Building
  1000 West Street, 17th Floor
  P. O. Box 391
  Wilmington, DE 19899-0391

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                          DATE

(By) DEPUTY CLERK

DB02:5258007.1                                                 064935.1001

AO 440 (Delaware Rev. 7/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | DATE  3/29/06 |
| NAME OF SERVER (PRINT)  ROBERTO TESTA | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PERSONALLY SERVED SIEMENS MEDICAL SOLUTIONS HEALTH SERVICES CORPORATION by SERVING ITS REGISTERED AGENT, THE CORPORATION TRUST CO AT 1209 ORANGE ST, WILM DE 19801 AT 3:40 PM PERSON ACCEPTING SERVICE: SCOTT LA SCALA

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/29/06
            Date

Signature of Server
PARCELS INC
230 N. MARKET ST, WILM DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.