IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYED IQBAL RAZA, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIEMENS MEDICAL SOLUTIONS USA, )<br>INC., SIEMENS MEDICAL SOLUTIONS )<br>HEALTH SERVICES CORP., SIEMENS )<br>CORPORATION and SIEMENS AG, )<br>)<br>Defendants. ) | Civil Action No. 06-132 (JJF) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, counsel for defendant Siemens Corporation has represented to plaintiff's counsel that Siemens Corporation is a holding company with no substantive involvement in or relation to any of the acts alleged in the Amended Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN PLAINTIFF SYED IQBAL RAZA, M.D. AND DEFENDANT SIEMENS CORPORATION, THROUGH THEIR RESPECTIVE COUNSEL, THAT:

1. Plaintiff's claims against defendant Siemens Corporation are hereby dismissed without prejudice;

2. In the event plaintiff seeks to reassert its claims against Siemens Corporation in this proceeding or a new proceeding, such claims shall relate back to the filing date of the Complaint in this matter; and

3. Siemens Corporation: (a) shall have an in-house attorney review any and all party discovery propounded in this action by plaintiff; (b) shall, upon reviewing such discovery, confirm to plaintiff in writing, on or before the date responses to such discovery are due from defendants, the extent to which it has in its possession or control documents or

information responsive to such discovery; and (c) shall, if it does have such documents or information in its possession or control, accept and comply fully with a subpoena requesting such documents or information, but by so agreeing, does not waive any claims of privilege.

April 17, 2006                          YOUNG CONAWAY STARGATT &
                                            TAYLOR, LLP

                                        /s/ Adam W. Poff
                                        _____
                                        Martin S. Lessner (No. 3109)
                                        Adam W. Poff (No. 3990)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, DE 19801
                                        (302) 571-6698

                                        Counsel for Plaintiff


April 17, 2006                          PEPPER HAMILTON LLP

                                        /s/ M. Duncan Grant
                                        _____
                                        M. Duncan Grant (No. 2994)
                                        Hercules Plaza, Suite 5100
                                        1313 Market Street
                                        P.O. Box 1709
                                        Wilmington, DE 19899-1709
                                        (302) 777-6500

                                        Larry R. Wood, Jr. (No. 3262)
                                        Kathleen A. Mullen
                                        3000 Two Logan Square
                                        Eighteenth and Arch Streets
                                        Philadelphia, PA 19103-2799
                                        (215) 981-4000

                                        Counsel for Defendant Siemens Corporation