IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYED IQBAL RAZA, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-132 (JJF) |
| ) | |
| SIEMENS MEDICAL SOLUTIONS USA, ) | |
| INC., SIEMENS MEDICAL SOLUTIONS ) | |
| HEALTH SERVICES CORP., SIEMENS ) | |
| CORPORATION and SIEMENS AG, ) | |
| ) | |
| Defendants. ) | |

**ORDER AUTHORIZING SPECIAL PROCESS SERVER**

IT IS HEREBY ORDERED that:

APS International, Ltd. is authorized to effect service of process on defendant, Siemens AG, in Germany in accordance with the Hague Convention and international law.

Date: May 1, 2006

_____
United States District Judge