IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYED IQBAL RAZA, M.D., | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : NO. 06-132 (JJF) |
| | : |
| SIEMENS MEDICAL SOLUTIONS USA, INC., | : |
| SIEMENS MEDICAL SOLUTIONS HEALTH | : |
| SERVICES CORP., SIEMENS CORPORATION | : |
| and SIEMENS AG, | : |
| | : |
| Defendants. | : |

## DEFENDANT SIEMENS AG'S MOTION TO
## DISMISS PLAINTIFF'S COMPLAINT

For the reasons expressed in its accompanying Opening Brief, Defendant Siemens AG, by and through its undersigned counsel Pepper Hamilton LLP, hereby moves this Court pursuant to Rule 12(b)(5) and Rule 12(b)(2) of the Federal Rules of Civil Procedure, for an Order dismissing Plaintiff's Complaint against it with prejudice.

Respectfully submitted,

OF COUNSEL:

Kathleen A. Mullen
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000 (Telephone)
(215) 981-4750 (Fax)

/s/ Larry R. Wood, Jr.
M. Duncan Grant (DE No. 2994)
Larry R. Wood, Jr. (DE No. 3262)
Phillip T. Mellet (DE No. 4741)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500 (Telephone)
(302) 421-8390 (Fax)

Dated: May 2, 2006

*Attorneys for Defendant Siemens AG*

## CERTIFICATE OF SERVICE

I, Phillip T. Mellet, hereby certify that on this 2nd day of May, 2006, I caused to be served the foregoing Defendant Siemens AG's Motion to Dismiss Plaintiff's Complaint and Proposed Order *via* CM/ECF upon the following:

>Martin S. Lessner, Esquire
>Young, Conaway Startgatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19899
>mlessner@ycst.com

>/s/ Phillip T. Mellet
>Phillip T. Mellet (DE No. 4741)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYED IQBAL RAZA, M.D., : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | NO. 06-132 (JJF) |
| : | |
| SIEMENS MEDICAL SOLUTIONS USA, INC., : | |
| SIEMENS MEDICAL SOLUTIONS HEALTH : | |
| SERVICES CORP., SIEMENS CORPORATION : | |
| and SIEMENS AG, : | |
| : | |
| Defendants. : | |

## **O R D E R**

AND NOW, this ___ day of ____, 2006, upon consideration of Defendant Siemens AG's Motion to Dismiss Plaintiff's Complaint, and Plaintiff's response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED and Plaintiff's Complaint against Siemens AG is dismissed with prejudice.

BY THE COURT:

_____
Joseph J. Farnan, Jr.
U.S. District Judge