IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYED IQBAL RAZA, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-132 (JJF) |
| ) | |
| SIEMENS MEDICAL SOLUTIONS USA, ) | |
| INC., SIEMENS MEDICAL SOLUTIONS ) | |
| HEALTH SERVICES CORP., SIEMENS ) | |
| CORPORATION and SIEMENS AG, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Syed Iqbal Raza M.D., caused copies of (1) Plaintiff's Jurisdictional Interrogatories Directed to Defendant Siemens AG and (2) Plaintiff's Jurisdictional Document Requests Directed to Defendant Siemens AG, to be served on May 5, 2006 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Duncan Grant., Esquire
Pepper Hamilton LLP.
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709

BY FEDERAL EXPRESS

Kathleen A. Mullen, Esquire
Larry R. Wood, Jr., Esquire
Pepper Hamilton LLP.
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799


Dated:    May 5, 2006

          YOUNG CONAWAY STARGATT
                & TAYLOR LLP

          Martin S. Lessner (#3109)
          Adam W. Poff (#3990)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19899
          apoff@ycst.com

          Attorneys for Plaintiff