**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SYED IQBAL RAZA, M.D., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 06-132 (JJF) |
| | : | |
| SIEMENS MEDICAL SOLUTIONS USA, INC., | : | |
| SIEMENS MEDICAL SOLUTIONS HEALTH | : | |
| SERVICES CORP., SIEMENS CORPORATION | : | |
| and SIEMENS AG, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF SERVICE**

I hereby certify that on June 5, 2006, copies of Defendant Siemens AG's Objections to Plaintiff's Jurisdictional Interrogatories dated May 5, 2006, together with this Notice of Service, were served upon counsel by e-mail and first-class mail:

>Martin S. Lessner, Esquire
>Young Conaway Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19899
>mlessner@ycst.com
>*Attorneys for Plaintiff*

| | |
|---|---|
| | /s/ Phillip T. Mellet |
| OF COUNSEL: | M. Duncan Grant (DE No. 2994) |
| | Larry R. Wood, Jr. (DE No. 3262) |
| Kathleen A. Mullen | Phillip T. Mellet (DE No. 4741) |
| PEPPER HAMILTON LLP | PEPPER HAMILTON LLP |
| 3000 Two Logan Square | Hercules Plaza, Suite 5100 |
| Eighteenth & Arch Streets | 1313 N. Market Street |
| Philadelphia, PA  19103-2799 | P.O. Box 1709 |
| (215) 981-4000 (Telephone) | Wilmington, DE  19899-1709 |
| (215) 981-4750 (Fax) | (302) 777-6500 (Telephone) |
| | (302) 421-8390 (Fax) |
| | |
| Dated:  June 5, 2006 | *Attorneys for Defendants* |

WL: #189643 v1 (42BV01!.DOC)

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2006, I caused to be served a copy of Defendant Siemens AG's Objections to Plaintiff's Jurisdictional Interrogatories upon counsel by e-mail and first-class mail:

        Martin S. Lessner, Esquire
        Young Conaway Stargatt & Taylor, LLP
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19899
        mlessner@ycst.com
        *Attorneys for Plaintiff*

| OF COUNSEL: | /s/ Phillip T. Mellet |
|---|---|
| | M. Duncan Grant (DE No. 2994) |
| | Larry R. Wood, Jr. (DE No. 3262) |
| Kathleen A. Mullen | Phillip T. Mellet (DE No. 4741) |
| PEPPER HAMILTON LLP | PEPPER HAMILTON LLP |
| 3000 Two Logan Square | Hercules Plaza, Suite 5100 |
| Eighteenth & Arch Streets | 1313 N. Market Street |
| Philadelphia, PA 19103-2799 | P.O. Box 1709 |
| (215) 981-4000 (Telephone) | Wilmington, DE 19899-1709 |
| (215) 981-4750 (Fax) | (302) 777-6500 (Telephone) |
| | (302) 421-8390 (Fax) |
| Dated: June 5, 2006 | *Attorneys for Defendants* |

WL: #189643 v1 (42BV01!.DOC)