# Pepper Hamilton LLP
#### Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

Larry R. Wood, Jr.
woodl@pepperlaw.com

June 9, 2006

*Via E-Filing and Hand Delivery*

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    *Raza v. Siemens Medical Solutions USA, Inc., et al.,*
              Civil Action No. 06-132 (D. Del.)

Dear Judge Farnan:

      This letter is being written in connection with Defendant Siemens AG's Motion to Dismiss Plaintiff's Complaint for insufficiency of service of process and for lack of personal jurisdiction, filed on May 2, 2006 (*DI* 15). Specifically, this letter addresses the portion of Defendant Siemens AG's motion that requests dismissal pursuant to Federal Rule of Civil Procedure 12(b)(5) for insufficiency of service of process.

      On June 8, 2006, Plaintiff served Siemens AG in Germany according to the Hague Convention on Service Abroad. As such, the portion of Defendant Siemens AG's motion to dismiss based on insufficiency of service of process is now moot. The remainder of Defendant Siemens AG's motion, namely, for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), remains before the Court.

      Respectfully submitted,

      /s/ *Larry R. Wood*

      Larry R. Wood, Jr. (DE No. 3262)

LRW/mm
cc:    Martin S. Lessner, Esquire (via e-filing and hand delivery)

| Philadelphia | Washington D.C. | Detroit | New York | Pittsburgh |
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington |

www.pepperlaw.com