IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYED IQBAL RAZA, M.D., | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : NO. 06-132 (JJF) |
| | : |
| SIEMENS MEDICAL SOLUTIONS USA, INC., | : |
| SIEMENS MEDICAL SOLUTIONS HEALTH | : |
| SERVICES CORP., SIEMENS CORPORATION | : |
| and SIEMENS AG, | : |
| | : |
| Defendants. | : |

NOTICE OF SERVICE

I hereby certify that on August 21, 2006, copies of Defendant Siemens AG's Renewed Objections and Responses to Plaintiff's Jurisdictional Document Requests (dated May 5, 2006), together with this Notice of Service, were served upon counsel as set forth below, by hand delivery:

> Martin S. Lessner, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899
> mlessner@ycst.com
> Attorneys for Plaintiff

| | |
|---|---|
| | /s/ Phillip T. Mellet |
| OF COUNSEL: | M. Duncan Grant (DE No. 2994) |
| | Larry R. Wood, Jr. (DE No. 3262) |
| Kathleen A. Mullen | Phillip T. Mellet (DE No. 4741) |
| PEPPER HAMILTON LLP | PEPPER HAMILTON LLP |
| 3000 Two Logan Square | Hercules Plaza, Suite 5100 |
| Eighteenth & Arch Streets | 1313 N. Market Street |
| Philadelphia, PA 19103-2799 | Wilmington, DE 19899-1709 |
| (215) 981-4000 | (302) 777-6500 |
| | |
| | Attorneys for Defendants |
| Dated: August 21, 2006 | |