IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYED IQBAL RAZA, M.D., | : |
|                        Plaintiff, | :   CIVIL ACTION |
| v. | :   NO. 06-132 (JJF) |
| SIEMENS MEDICAL SOLUTIONS USA, INC., SIEMENS MEDICAL SOLUTIONS HEALTH SERVICES CORP., SIEMENS CORPORATION and SIEMENS AG, | : |
|                        Defendants. | : |

## NOTICE OF SERVICE

I hereby certify that on August 21, 2006, copies of Defendant Siemens AG's Renewed Objections and Responses to Plaintiff's Jurisdictional Interrogatories (dated May 5, 2006), together with this Notice of Service, were served upon counsel as set forth below, by hand delivery:

> Martin S. Lessner, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899
> mlessner@ycst.com
> Attorneys for Plaintiff

OF COUNSEL:

Kathleen A. Mullen
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Dated: August 21, 2006

/s/ Phillip T. Mellet
M. Duncan Grant (DE No. 2994)
Larry R. Wood, Jr. (DE No. 3262)
Phillip T. Mellet (DE No. 4741)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
(302) 777-6500

Attorneys for Defendants

WL: #193175 v1 (451Z01!.DOC)