IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYED IQBAL RAZA, M.D., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-132-JJF |
| SIEMENS MEDICAL SOLUTION USA, INC., SIEMENS MEDICAL SOLUTIONS HEALTH SERVICES CORP., and SIEMENS AG, | : |
| Defendants. | : |

## MEMORANDUM ORDER

Pending before the Court is Plaintiff Syed Iqbal Raza, M.D.'s ("Dr. Raza") Motion To Compel Defendant Siemens AG's Compliance With The Court's July 13, 2006 Memorandum Order Regarding Jurisdictional(D.I. 29).

### I. BACKGROUND

On July 13, 2006, in response to Defendant Siemens AG's Motion To Dismiss Plaintiff's Complaint (D.I. 15) on the grounds of insufficiency of service of process and lack of personal jurisdiction, the Court noted that Plaintiff, a Pakistani national, set forth a prima facie showing of personal jurisdiction over Defendant. Because of this showing, and because of Plaintiff's contention that Siemens AG had previously rejected Plaintiff's attempted jurisdictional discovery, the Court ordered limited jurisdictional discovery before deciding Siemens AG's Motion.

On September 13, 2006, Plaintiff filed the current Motion,

contending that Siemens AG has failed to cooperate in the limited discovery permitted by the Court's July 13 Order.

## II. Discussion

Plaintiff's contention that the Court's jurisdiction over Siemens AG is proper is supported by allegations that (1) there is an agency relationship between Siemens AG and its Delaware-incorporated subsidiaries, (2) Siemens products have been distributed within the stream of commerce, including the state of Delaware, and (3) Siemens AG has previously litigated in this forum. In its July 13, 2006 Order, the Court ordered limited jurisdictional discovery to allow Dr. Raza to develop these asserted allegations.

The Court finds Siemens AG's responses to Dr. Raza's jurisdictional discovery requests to be sufficient except as to Siemens AG's indirect ownership of Delaware-incorporated subsidiaries. Therefore, the Court will **DENY** Plaintiff's Motion To Compel Defendant Siemens AG's Compliance With The Court's July 13, 2006 Memorandum Order Regarding Jurisdictional Discovery (D.I. 29) except as to Plaintiff's requests regarding Siemens AG's ownership, direct or indirect, of Delaware-incorporated subsidiaries.

NOW THEREFORE IT IS HEREBY ORDERED that:

1. Plaintiff's Motion To Compel Defendant Siemens AG's

Compliance With The Court's July 13, 2006 Memorandum Order Regarding Jurisdictional Discovery (D.I. 29) is **DENIED** except as to Plaintiff's requests regarding Siemens AG's ownership, direct or indirect, of Delaware-incorporated subsidiaries.

    2. Defendant Siemens AG must provide Plaintiff with discovery responsive to Siemens AG's ownership, direct or indirect, of Delaware-incorporated subsidiaries.

    3. Discovery shall be completed by December 1, 2006.

November 3, 2006

                                   UNITED STATES DISTRICT JUDGE