IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYED IQBAL RAZA, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 06-132 (JJF) |
| ) | |
| SIEMENS MEDICAL SOLUTIONS USA, ) | |
| INC., SIEMENS MEDICAL SOLUTIONS ) | |
| HEALTH SERVICES CORP., SIEMENS ) | |
| CORPORATION and SIEMENS AG, ) | |
| ) | |
| Defendants. ) | |

### STIPULATED SCHEDULING ORDER FOR SUPPLEMENTAL BRIEFING

WHEREAS, the jurisdictional discovery ordered in the Court's Memorandum Orders of July 13, 2006 (D.I. 26) and November 3, 2006 (D.I. 31) has now been completed; and

WHEREAS, plaintiff Syed Iqbal Raza, M.D. requests the opportunity to supplement the briefing on Siemens AG's pending Motion to Dismiss (D.I.15) (the "Motion") based on the jurisdictional discovery obtained, and

WHEREAS Siemens AG does not object to Dr. Raza's request.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN PLAINTIFF SYED IQBAL RAZA, M.D. AND DEFENDANT SIEMENS AG, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO COURT APPROVAL, THAT:

    1.    Plaintiff Syed Iqbal Raza, M.D. shall file and serve on or before December 29, 2006 a supplemental brief in opposition to the Motion that shall not to exceed eight (8) pages; and

2. Defendant Siemens AG shall file and serve on or before January 12, 2007 a responsive supplemental brief in support of the Motion that shall not to exceed eight (8) pages.

December 8, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adam W. Poff
_____
Martin S. Lessner (No. 3109)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6698

Counsel for Plaintiff

December 8, 2006

PEPPER HAMILTON LLP

/s/ Larry R. Wood, Jr.
_____
M. Duncan Grant (No. 2994)
Larry R. Wood, Jr. (No. 3262)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

OF COUNSEL

Kathleen A. Mullen
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Counsel for Defendant Siemens Corporation

_____
U.S.D.J.