IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYED IQBAL RAZA, M.D. | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-132-JJF |
| SIEMENS MEDICAL SOLUTIONS USA, INC., SIEMENS AG AND SIEMENS MEDICAL SOLUTIONS HEALTH SERVICES CORPORATION | : |
| Defendants. | : |

### ORDER

NOW THEREFORE, for the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that the Motion To Dismiss Plaintiff's Complaint (D.I. 15) filed by Defendant Siemens AG is **GRANTED**.

July 23, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE