IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYED IQBAL RAZA, M.D., | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : NO. 06-132 (JJF) |
| | : |
| SIEMENS MEDICAL SOLUTIONS USA, INC., | : |
| SIEMENS MEDICAL SOLUTIONS HEALTH | : |
| SERVICES CORP., SIEMENS CORPORATION | : |
| and SIEMENS AG, | : |
| | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance as counsel for Defendants Siemens Medical Solutions, USA, Inc. and Siemens Medical Solutions Health Services Corp. in the above matter.

|  |  |
|---|---|
|  | /s/ Matthew A. Kaplan |
|  | Larry R. Wood (DE Bar #3262) |
| OF COUNSEL: | Matthew A. Kaplan (Del Bar #4956) |
|  | PEPPER HAMILTON LLP |
| Kathleen A. Mullen | Hercules Plaza, Suite 5100 |
| PEPPER HAMILTON LLP | 1313 N. Market Street |
| 3000 Two Logan Square | P.O. Box 1709 |
| Eighteenth & Arch Streets | Wilmington, DE 19899-1709 |
| Philadelphia, PA 19103-2799 | Telephone: (302) 777-6500 |
| Telephone: (215) 981-4000 |  |
|  | *Attorneys for Defendants Siemens Medical* |
|  | *Solutions, USA, Inc, and Siemens Medical* |
| Dated: January 28, 2008 | *Solutions Health Services Corp.* |

#9262495 v1

## CERTIFICATE OF SERVICE

   I, Matthew A. Kaplan, hereby certify that on January 28, 2008, a copy of the foregoing Notice of Entry of Appearance was served upon the following counsel of record via CM/ECF:

    Martin S. Lessner, Esquire
    Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE  19899
    Attorneys for Plaintiff


    /s/ Matthew A. Kaplan
    Matthew A. Kaplan (Del. Bar #4956)