IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYED IQBAL RAZA, M.D., <br><br> Plaintiff, <br><br> v. <br><br> SIEMENS MEDICAL SOLUTIONS USA, INC., SIEMENS MEDICAL SOLUTIONS HEALTH SERVICES CORP., SIEMENS CORPORATION and SIEMENS AG, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 06-132 (JJF) |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Siemens Medical Solutions USA, Inc. and Siemens Medical Solutions Health Services Corporation, by and through their undersigned counsel, hereby move pursuant to Fed. R. Civ. P. 12(c) for judgment in their favor based upon the pleadings in this action, for the reasons set forth in the accompanying Opening Brief.

Respectfully submitted,

OF COUNSEL:

Barak A. Bassman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Kathleen A. Mullen
PEPPER HAMILTON LLP
Suite 200
100 Market Street
P.O. Box 1181
Harrisburg, PA 17108-1181
(717) 255-1155

/s/ Matthew A. Kaplan
M. Duncan Grant (DE No. 2994)
Larry R. Wood, Jr. (DE No. 3262)
Matthew A. Kaplan (DE No. 4956)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone No.: (302) 777-6500
Facsimile No.: (302) 421-8390

*Attorneys for Defendants Siemens Medical Solutions USA, Inc. and Siemens Medical Solutions Health Services Corporation*

Dated: April 28, 2008

#9544749 v2

## CERTIFICATE OF SERVICE

I, Matthew Kaplan, hereby certify that on this 28th day of April, 2008, I caused to be served the foregoing Motion for Judgment on the Pleadings, Opening Brief, and Proposed Order, to be served with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

>Adam W. Poff, Esquire
>Young, Conaway Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19899
>*Attorneys for Plaintiff*


>/s/ Matthew A. Kaplan
>Matthew A. Kaplan (DE No. 4956)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYED IQBAL RAZA, M.D., : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | NO. 06-132 (JJF) |
| : | |
| SIEMENS MEDICAL SOLUTIONS USA, INC., : | |
| SIEMENS MEDICAL SOLUTIONS HEALTH : | |
| SERVICES CORP., SIEMENS CORPORATION : | |
| and SIEMENS AG, : | |
| : | |
| Defendants. : | |

## O R D E R

AND NOW, this ___ day of ____, 2008, upon consideration of Defendants Siemens Medical Solutions USA, Inc.'s and Siemens Medical Solutions Health Services Corporation's Motion for Judgment on the Pleadings, and Plaintiff's response thereto, it is hereby ORDERED that Defendants' Motion is GRANTED and Plaintiff's Amended Complaint is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE