# YOUNG CONAWAY STARGATT & TAYLOR, LLP

ADAM W. POFF
DIRECT DIAL: (302) 571-6642
DIRECT FAX:  (302) 576-3326
apoff@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

May 12, 2008

**BY ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

      Re:    *Raza v. Siemens Medical Solutions USA, Inc., et al.*
               Civil Action No. 06-132 (JJF)

Dear Judge Farnan:

      I write on behalf of plaintiff Syed Iqbal Raza, M.D., to submit plaintiff's Proposed Scheduling Order. Over the past few weeks, the parties' engaged in diligent efforts to agree on a proposed form of order. Unfortunately, the parties were unable to reach agreement even on the appropriate format for the order. Plaintiff therefore expects that defendants will submit their own proposal. Plaintiff's Proposed Scheduling Order, which conforms with the Court's standard non-patent case scheduling order, is enclosed.

      Should Your Honor have any questions about the foregoing, counsel for plaintiff are available at the Court's convenience.

                                    Respectfully,

                                    Adam W. Poff
                                    (No. 3990)

AWP:kms
Enclosure

cc:    Clerk of the Court
        M. Duncan Grant, Esquire
        Larry R. Wood, Jr., Esquire

DB02:6810888.1                                                                                           064935.1001

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYED IQBAL RAZA, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-132-JJF |
| | ) |
| SIEMENS MEDICAL SOLUTIONS USA, | ) |
| INC., SIEMENS MEDICAL SOLUTIONS | ) |
| HEALTH SERVICES CORP., SIEMENS | ) |
| CORPORATION and SIEMENS AG, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] SCHEDULING ORDER**

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by **May 23, 2008** the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.1.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before **November 14, 2008**.

3. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge _____ for the purpose of exploring the possibility of settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact the Magistrate Judge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

4. **Discovery**.

(a) Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by **December 12, 2008**.

(b) Maximum of 25 interrogatories by each side to any other side.

(c) Maximum of 25 requests for admission by each side to any other side.

(d) Maximum of 10 depositions by plaintiff(s) and 10 by defendant(s). Depositions shall not commence until the discovery required by Paragraph 4 (a, b and c) are completed.

(e) Reports from retained experts required by Fed. R. Civ. P. 26(a) (2) are due from the plaintiff by **May 22, 2009** and from the defendant(s) by **July 10, 2009**.

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties.

5. **Non-Case Dispositive Motions**

(a) Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the applicant seeks to have the motion heard. The hearing date selected shall allow time for filing of the motion, allow for briefing in accordance with the Federal and Local Rules, and shall permit all briefing to be filed no later than 12:00 noon the Friday before the motion day on which it is to be heard. Available motion dates will be posted at: http://www.uscourts.gov./JJFmain.htm

(b) At the motion hearing, each side will be allocated ten (10) minutes to argue and respond to questions from the Court.

(c) Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by e-mail at:

jjf_civil@ded.uscourts.gov

6.  **Amendment of the Pleadings**. All motions to amend the pleadings shall be filed on or before **March 27, 2009**.

7.  **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served on or before **September 18, 2009**. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion shall be filed more than ten (10) days from the above date without leave of Court. The parties shall follow the Court's procedures for summary judgment motions which is available on the Court's website at:

http://www.uscourts.gov./JJFmain.htm

8.  **Applications By Motion**.

(a) Any applications to the Court shall be by written notice filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's February 1, 2008 Order on Procedures for filing non-dispositive motions in non-patent cases (pro se cases excluded). Briefs shall be limited to no more than ten (10) pages. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

      (b)  No facsimile transmissions will be accepted.

      (c)  No telephone calls shall be made to Chambers.

      (d)  Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

    9.    **Pretrial Conference and Trial**. After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_____              _____
      DATE                                                          UNITED STATES DISTRICT JUDGE