# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYED IQBAL RAZA, M.D., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 06-132 (JJF) |
| | : | |
| SIEMENS MEDICAL SOLUTIONS USA, INC., | : | |
| SIEMENS MEDICAL SOLUTIONS HEALTH | : | |
| SERVICES CORP., SIEMENS CORPORATION | : | |
| and SIEMENS AG, | : | |
| | : | |
| Defendants. | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Barak A. Bassman to represent Defendants Siemens Medical Solutions USA, Inc., and Siemens Medical Solutions Health Services Corp. in this matter.

Respectfully submitted,

/s/ Matthew A. Kaplan
Duncan Grant (DE No. 2994)
Larry R. Wood, Jr. (DE No. 3262)
Matthew A. Kaplan (DE No. 4956)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500 (Telephone)

Dated: May 14, 2008        *Attorneys for Defendants*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission of Barak A. Bassman *pro hac vice* is granted.

Dated: _____, 2008        _____
                                    United States District Judge

#9588984 v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2008, a copy of Defendants Siemens Medical Solutions USA, Inc., and Siemens Medical Solutions Health Services Corp.'s Motion and Order for Admission *Pro Hac Vice* was served with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following counsel of record:

> Adam W. Poff, Esquire
> Young, Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE  19899
> *Attorneys for Plaintiff*

> /s/ Matthew A. Kaplan
> Matthew A. Kaplan (#4956)

#9588984 v1

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual amount of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: May __, 2008

_____
Barak A. Bassman
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Telephone No.: (215) 981-4771
Facsimile No.: (215) 981-4750

#9588984 v1